115371\Universal 1 Credit Union Inc.\\kje

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT COLUMBUS**

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  2-17-bk-56230 |
|  | ) |  |
|  | ) | Chapter 13 |
| **Michael Gene Copas** | ) |  |
|  | ) | Judge  C. Kathryn Preston |
| Debtor(s) | ) |  |
|  | ) | NOTICE OF APPEARANCE AND |
|  | ) | REQUEST FOR NOTICE BY STEPHEN D. |
|  | ) | MILES APPEARING ON BEHALF OF |
|  | ) | CREDITOR UNIVERSAL 1 CREDIT UNION |
|  | ) | INC. |

Now comes Stephen D. Miles, Attorney at Law, and provides notice to the Court, the Trustee and all other parties and counsel of interest that he hereby enters his appearance as counsel for Universal 1 Credit Union Inc.   Please provide service at the following address:

Stephen D. Miles, Esq.
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/Fax (937) 461-0444
sdm@mileslaw.com


Respectfully submitted,


**/s/ Stephen D. Miles**
STEPHEN D. MILES #0003716
Attorney for Creditor
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/461-0444 fax
sdm@mileslaw.com

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2017, a true and correct copy of the Notice of Appearance was served Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Asst US Trustee (Col) ustpregion09.cb.ecf@usdoj.gov

Mark Albert Herder Markalbertherder@yahoo.com, markalbertherder@gmail.com

Frank M Pees trustee@ch13.org

And by regular U.S. mail, postage prepaid, on:

Michael Gene Copas
211 McKitterick Avenue
Jackson, OH 45640-1023

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                               **/s/Stephen D. Miles**
                                               Stephen D. Miles #0003716
                                               Attorney at Law